1124

No. 02-7240. HOWELL v. BARNHART, COMMISSIONER OF SO-
CIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 02-7241. JACKSON v. MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02-7243. SHELTON v. MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02-7245. FARNAM v. CALIFORNIA. Sup. Ct. Cal. Certio-
rari denied.

No. 02-7246. SIRHAN v. UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir.
Certiorari denied.

No. 02-7248. FAISON v. CROSBY ET AL. Dist. Ct. App. Fla.,
1st Dist. Certiorari denied.

No. 02-7249. SEITZ v. COCKRELL, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 02-7250. LAMBERT v. LOUISIANA. Dist. Ct. La., La-
fayette Parish. Certiorari denied.

No. 02-7252. WILCOX v. IRON OUT, INC., ET AL. C. A. 7th
Cir. Certiorari denied.

No. 02-7255. LEE v. CALIFORNIA. Ct. App. Cal., 1st App.
Dist. Certiorari denied.

No. 02-7260. MOON v. HEAD, WARDEN. C. A. 11th Cir. Cer-
tiorari denied.

No. 02-7268. SIMPSON v. TEXAS. Ct. App. Tex., 14th Dist.
Certiorari denied.

No. 02-7273. WILSON v. UNITED STATES. C. A. 3d Cir. Cer-
tiorari denied.

No. 02-7275. PACE v. KELLY, SUPERINTENDENT, CENTRAL
MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certio-
rari denied.